# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12160

_____

HM FLORIDA-ORL, LLC,

                                        Plaintiff-Appellee,

*versus*

GOVERNOR OF FLORIDA, et al.,

                                        Defendants,

SECRETARY OF THE FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,

                                        Defendant-Appellant.

_____

2                    Order of the Court                    23-12160

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00950-GAP-LHP

_____

ORDER:

The motion for an extension of time to and including November 24, 2023 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.


/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE