No. 23-12160

# In the United State Court of Appeals
# For the Eleventh Circuit

HM FLORIDA-ORL, LLC,

*Plaintiff-Appellee*

v.

MELANIE GRIFFIN, Secretary,
Department of Business and
Professional Regulation,
State of Florida

*Defendant-Appellant.*

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY

On Appeal from the United States District Court
For the Middle District of Florida
Case No. 6:23-cv-950-GAP-LHP

Melissa J. Stewart
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004
melissa@donatilaw.com

*Counsel for Plaintiff-Appellee*

January 22, 2025

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

Plaintiff-Appellee certifies that, to the best of its knowledge, the following is a complete list of interested persons as required by Eleventh Circuit Rule 26.1-1:

1. Department of Business and Professional Regulation, State of Florida

2. DeSantis, Ron

3. Edgington, Craig A.

4. Griffin, Melissa

5. HM Florida-ORL, LLC

6. Israel, Gary S.

7. Moody, Ashley

8. DeSousa, Jeffrey Paul

9. Pernell, Hon. Gregory A.

10. Price, Hon. Leslie Hoffman

11. Stafford, William H.

12. Stewart, Melissa J.

13. Teeter, Shelby N.

14. Timmons, Brice M.

15. Whitaker, Henry Charl

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellee represents that it does not have any parent entities and does not issue stock.

## UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY BRIEF

Appellee hereby moves for leave to file a Reply to Appellant's Supplemental Response Brief on Mootness. This motion is unopposed.

1.      On January 6, 2025, Appellee HM filed its Supplemental Brief addressing the mootness questions raised by this Court. (Doc. 68).

2.      On January 21, 2025, Appellant Griffin filed her Response. (Doc. 70).

3.      Appellee HM believes that the Court would benefit from a short Reply brief addressing certain factual and legal issues raised by the Secretary's Response.

4.      Accordingly, Appellee respectfully asks this Court to permit it to file a Reply brief, to be no longer than 5 pages in length.

5.      No party would be prejudiced by the relief requested in this motion. Undersigned counsel has consulted with the counsel for Appellant, and is authorized to represent that this motion is unopposed. *See* 11th Cir. R. 26-1, 11th Cir. R. 31-2(a).

Appellee respectfully requests that the Court grant HM leave to file its Reply.

*[Signature Block on next page]*

1

Respectfully submitted,

/s/ *Melissa J. Stewart*
Melissa J. Stewart
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004
melissa@donatilaw.com

*Counsel for Appellee*

## <u>CERTIFICATE OF COMPLIANCE</u>

1. This document complies with the Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), it contains 156 words

2. This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27, 32(a)(5), and 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on January 22, 2025, I electronically filed this Unopposed Motion for Leave to File a Reply using the Court's CM/ECF system, which will send a notice-of-docketing activity to all parties.

/s/ *Melissa J. Stewart*
Melissa J. Stewart

4