In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-12160

_____

HM FLORIDA-ORL, LLC,

                                                Plaintiff-Appellee,

*versus*

GOVERNOR OF FLORIDA, et al.,

                                                Defendants,

SECRETARY OF THE FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,

                                                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00950-GAP-LHP

_____

ORDER:

Motion to withdraw as counsel filed by Attorney Craig A. Edgington for Appellee HM Florida-ORL, LLC is GRANTED.

Motion to withdraw as counsel filed by Attorney Brice Moffatt Timmons for Appellee HM Florida-ORL, LLC is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION