In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-12160

————————————

HM FLORIDA-ORL, LLC,

*Plaintiff-Appellee,*

*versus*

GOVERNOR OF FLORIDA, et al.,

*Defendants,*

SECRETARY OF THE FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL REGULATION,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00950-GAP-LHP

————————————

ORDER:

Appellant's renewed motion for partial stay of the district court's preliminary injunction pending rehearing en banc is GRANTED. The preliminary injunction issued by the district court is stayed, except as to Plaintiff HM Florida-ORL, LLC., pending disposition of this appeal by this Court sitting en banc.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION