# In the
# United States Court of Appeals
# For the Eleventh Circuit

No. 23-12160

HM FLORIDA-ORL, LLC,

*Plaintiff-Appellee,*

versus

GOVERNOR OF FLORIDA, et al.,

*Defendants,*

SECRETARY OF THE FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL REGULATION,

*Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00950-GAP-LHP

ORDER:

The motion for an extension of time to and including February 25, 2026 to file Appellant's en banc brief is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION