**Notice and Demand**
**Legal Notice**



U.S. COURT OF APPEALS
RECEIVED
CLERK
JAN 15 2026
ATLANTA, GA

**COMMON LAW ACTION**
**CLOSE WRIT**
**AMICUS**
**CURIAE # 23-12160**

To:
CHIEF JUDGE WILLIAM H. PRYOR JR.
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W. Atlanta, Georgia 30303

From:
AUTHORIZED LEGAL REPRESENTATIVE
patrick-james: simmons for
LEGAL FICTION PATRICK J. SIMMONS           (one of the People)

**Notice by Affidavit of Demand for Change;**
**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent;**

Comes now Affiant, _patrick james: simmons_, one of the people (as seen in All 50 States Constitutions, All political power) Sui Juris, in this court of record, come to you, being trustees of the People, so that you must provide due care and remember your oath which binds you. I make the following statements and claims, this AMICUS brief is in favor for the defendants Secretary of Florida and State of Florida;

**Maxim of Law by Charles A. Weisman 51o.** "All political power is inherent in the people by decree of God, thus none can exist except it be driven from them." American Maxim.

- **Maxim of Law by Charles A. Weisman 65u.** "Constitutions and laws precede the judiciary". Luther v. Borden, 7 How. (48 U.S) 1, 52.

**Pennsylvania Constitution Article 1 § 20.** Right of petition. "The citizens have a right in a peaceable manner to assemble together for their common good, and to apply to those invested with the powers of government for redress of grievances or other proper purposes, by petition, address or remonstrance".

**Miranda v. Arizona, 384 U.S. 436 (1966)** "Where rights secured by the Constitution are involved, there can be **no rulemaking** or legislation which would abrogate them"

- **Marbury v. Madison (1803)** "a **law** repugnant to the Constitution **is void**, and that courts, as well as other departments, are bound by that instrument".

©Common law all rights reserved 2026

This Affidavit is a *self-executing constitutional provision* and is mandatory (*see*) Black's Law Dictionary 4th edition.

**"WHEN THE COMMON LAW AND STATUTE LAW CONCUR, THE COMMON LAW IS TO BE PREFERRED". 4 Co. 71 Black's Law Dictionary 4th edition**

- **Black's Law Dictionary 4th edition: Canon of Judicial Ethics With amendments to January 1, 1968; 3. Constitutional Obligation.** "It is the duty of all judges in the United States to support the **federal Constitution** and that of the state whose laws they administer; in so do-ing, they should fearlessly observe and apply fundamental limitations and guarantees".

**United States Constitution Article VI Clause II.** "This ==Constitution==, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

- **Genesis 1:26-27 NIV.** "So God created mankind in his own image, in the image of God he created them; ==male and female== he created them.

Good Afternoon, the issue here is whether or not transgender individuals and other ideologies have the constitutional right to sexualize children and incite arousal. These acts are unconstitutional, transgender people do not exist, and that ideology is nonsense. God created male and female only. They do not have the First Amendment or any constitutional right to groom children, sexualize, or incite arousal. Children do not have First Amendment or any constitutional rights to watch or view drag shows or anything that will cause arousal. Parents do not have the right to allow children to watch drag shows, as they have men pretending to be women, and these acts go against Divine law.

**Maxim of Law by Charles A. Weisman49i.** "The Christian religion is a part of the common law". Lofft. 327.

- **Maxim of Law by Charles A. Weisman491.** "That which is against Divine Law is repugnant to society and is **void**". C.L.M.

©Common law all rights reserved 2026

**Maxim of Law by Charles A. Weisman 62p.** "An unconstitutional Act is not Law; it confers **no rights**; it imposes no duties; it affords no protection; it creates no office; it is; in legal contemplation, an inoperative as though it had never been passed". *Norton v . Shelby County,* 118 U.S. 425, 442.

Any man or woman who denies these claims are true must rebut them under penalty of perjury in the form of a sworn affidavit. Any man or woman who is found to have committed the maladministration and malfeasance indicated in this affidavit agrees to pay a fine minimum of $40,000 per 7 days, consecutively, after receiving this affidavit. Any dispute, by any public officials who are bound by contract to the Pennsylvania Constitution, agrees to have these matters heard before an Arbitrator of Affiant's choice at the expense of the public official. Any man or woman denying these claims are true must rebut these claims point by point within (3) days (72 hours). Failure to respond means that, by acquiescence. you agree that all claims are true and may not be reheard.

This affidavit has no expiration date.
This affidavit is transferable to any people who may come forward.

©Common law all rights reserved 2026

**President of the United States**
**DONALD J. TRUMP**

**GOVERNOR**
**RON DESANTIS**
Fax #: 850 921-0733

Gene Hamilton
gene.hamilton@aflegal.org

Jonathan F. Mitchell
jonathan@mitchell.law

Daniel Boaz Tilley
dtilley@aclufl.org

Ashley Moody

Jeffrey Paul DeSousa

Nathan Andrew Forrester
nathan.forrester@myfloridalegal.com

Gary Steven Israel

Melissa Stewart
melissa@donatilaw.com

*U.S. COURT OF APPEALS RECEIVED CLERK JAN 15 2026 ATLANTA, GA*

©Common law all rights reserved 2026

USPS Priority Mail Flat Rate Envelope

**FROM:**
Patrick Simmons
1924 Middleton Rd
Feasterville, PA 19053

**TO:**
Judge William Pryor Jr.
11th Circuit
56 Forsyth St.
N.W Atlanta Georgia 30303

Amicus Brief
23-12160

Stamps: U.S. Marshals Service, U.S. Circuit Court of Appeals (COA), CLEARED SECURITY, JAN 15 2026

USPS Label:
- US POSTAGE PAID $11.90
- Origin: 33765, 01/12/26
- PRIORITY MAIL®
- 0 Lb 2.10 Oz, RDC 03
- EXPECTED DELIVERY DAY: 01/15/26
- C007
- SHIP TO: 56 FORSYTH ST NW, ATLANTA GA 30303-2218
- USPS TRACKING #: 9505 5132 5511 6012 5597 05
- EP14F October 2023, OD: 12 1/2 x 9 1/2