No. 23-12160

# United States Court of Appeals for the Eleventh Circuit

---

HM FLORIDA-ORL, LLC,

Plaintiff-Appellee,

v.

SECRETARY OF THE FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL REGULATION,

Defendant-Appellant.

---

Appeal from the United States District Court for the Middle District of Florida
D.C. Docket No. 6:23-cv-00950-GAP-LHP

---

## Motion by Kristina S. Heuser for Leave to Withdraw as Counsel for Amicus Curiae Liberty Counsel

---

Kristina S. Heuser, Esq.
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
kheuser@lc.org
*Attorneys for Amicus*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Amicus Curiae Liberty Counsel hereby certifies that the following individuals

and entities are known to have an interest in the outcome of this case:

American First Legal Foundation

Costello, David M.

Department of Business and Professional Regulation, State of Florida

DeSantis, Ron

DeSousa, Jeffrey Paul

Edgington, Craig A.

Forrester, Nathan A.

Griffin, Melanie

Heuser, Kristina

Huang, Allen L.

HM Florida-ORL, LLC

Israel, Gary S.

Liberty Counsel

Mihet, Horatio

Mitchell, Jonathan F.

Monson, Darrick

Moody, Ashley

O'Hickey, Bridget K.

Presnell, Hon. Gregory A.

Price, Hon. Leslie Hoffman

Schmid, Daniel

Stafford, William H.

Staver, Mathew

Stewart, Melissa J.

Teeter, Shelby N.

Timmons, Brice M.

Uthmeier, James

s/Kristina S. Heuser
Kristina S. Heuser

## MOTION TO WITHDRAW AS COUNSEL

I, Kristina S. Heuser, respectfully request leave to withdraw as counsel for Amicus Curiae Liberty Counsel. I will be leaving the employ of Liberty Counsel effective after close of business on April 17, 2026. Liberty Counsel will continue to be represented in this appeal by Horatio Gabriel Mihet.

Dated: April 13, 2026

Respectfully Submitted,

/s/ Kristina S. Heuser
Kristina S. Heuser
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
kheuser@lc.org

*Attorneys for Amicus*

1

## CERTIFICATE OF SERVICE

I certify that on April 13, 2026, I electronically filed this brief with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

<u>s/Kristina S. Heuser</u>
Kristina S. Heuser

*Attorney for Amicus*