# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12160
_____

HM FLORIDA-ORL, LLC,

*Plaintiff-Appellee,*

*versus*

GOVERNOR OF FLORIDA, et al.,

*Defendants,*

SECRETARY OF THE FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL REGULATION,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00950-GAP-LHP
_____

ORDER:

The motion for an extension of time to file Appellee's en banc brief is GRANTED IN PART. Appellees' en banc brief is due May 4, 2026.

2                    Order of the Court                    23-12160


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION